John Paul TURNER, a/k/a Pops, Plaintiff–Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee,

and

Governor Robert F. McDonnell; Director, U.S. Government Accountability Office, Defendants.

No. 14–1814.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2014.

Decided: Dec. 17, 2014.

John Paul Turner, Appellant pro se. Maija DiDomenico, Assistant Regional Counsel, Patricia McEvoy Smith, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before KING, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders remanding this matter to the Commissioner and denying Turner's motion for reconsideration. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Comm'r*, No. 5:13–cv–00093–MFU (W.D.Va. Aug. 4 & 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*